UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ERICKA INGRAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18 CV 409 |
| CRAWFORD BROADCASTING, *et al.*, | ) ) |
| Defendants. | ) ) |

## O R D E R

As no objections have been filed with respect to the report and recommendation of Magistrate Judge Andrew P. Rodovich dated July 23, 2020, the court now **ADOPTS** that report and recommendation (DE # 59), **GRANTS** defendants' motion to dismiss (DE # 52), and **DISMISSES** this case with prejudice.

**SO ORDERED.**

Date: August 12, 2020

 s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT